JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOSE ROMANOS, JR.,** | ) | NO. CV 14-8045-KLS |
|       **Plaintiff,** | ) | |
|     v. | ) | **JUDGMENT** |
| **CAROLYN W. COLVIN**, | ) | |
| **Commissioner of Social Security,** | ) | |
|       **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: September 4, 2015

                                                                         /s/ Karen L. Stevenson
                                                                  KAREN L. STEVENSON
                                                UNITED STATES MAGISTRATE JUDGE